UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-CR-60312-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MACKENLEY DESIR,

    Defendant.

_____/

## DEFENDANT'S FIRST PROPOSED JURY INSTRUCTION

COMES NOW the Defendant, MACKENLEY DESIR, through undersigned counsel, and hereby files the following proposed jury instruction for inclusion in the Court's Jury Instructions.

*Respectfully submitted,*

By: s/Deric Zacca

DERIC ZACCA, ESQUIRE
Fla. Bar No. 0151378

Cabrera & Zacca, LLP
Monarch Professional Centre
12781 Miramar Parkway, Suite 303
Miramar, Florida 33027
Telephone: (954) 450-4848
Facsimile: (954) 450-4204

- 2 -

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 21, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                              s/Deric Zacca

                              DERIC ZACCA, ESQUIRE

## Testimony of Witness Using Addictive Drugs[1]

You must consider some witnesses' testimony with more caution than others.

For example, a witness may testify about events that occurred during a time when the witness was using addictive drugs, and so the witness may have an impaired memory of those events.

So while a witness of that kind may be entirely truthful when testifying, you should consider that testimony with more caution than the testimony of other witnesses.

---

[1] Eleventh Circuit Pattern Jury Instruction 1.3 with some modification.