```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                      FT. LAUDERDALE DIVISION
 3                       Case 12-60312-CR-COHN
 4
     UNITED STATES OF AMERICA,
 5
                  Plaintiff,
 6                                         FT. LAUDERDALE, FLORIDA
        vs.
 7                                         May 14, 2013
     MACKENLEY DESIR and GENET REMBERT,
 8
                  Defendants.
 9   ------------------------------------------------------------
10                            VOLUME 1
11                 TRANSCRIPT OF TESTIMONY OF C.J.
                   BEFORE THE HONORABLE JAMES I. COHN,
12                    UNITED STATES DISTRICT JUDGE
13   APPEARANCES:
14   FOR THE GOVERNMENT:      FRANCIS VIAMONTES, A.U.S.A.
                              VANESSA JOHANNES, A.U.S.A.
15                            99 NE 4th Street, Suite 400
                              Miami, Fl 33132
16
     FOR DEFENDANT DESIR:     DERIC ZACCA, ESQ.
17                            ERGIO FERNANDEZ, ESQ.
                              12781 Miramar Parkway
18                            Suite 303
                              Miramar, Fl 33027-2908
19
     FOR DEFENDANT REMBERT:   DARYL WILCOX, A.F.P.D.
20                            One East Broward Boulevard
                              Suite 1100
21                            Ft. Lauderdale, Fl 33301
22   REPORTED BY:             PAULINE A. STIPES, RPR-CM
                              Official United States Court Reporter
23                            Federal Courthouse
                              299 E. Broward Boulevard
24                            Ft. Lauderdale, FL  33301
                                              954-769-5496
25
```

TABLE OF CONTENTS

Page

C.J. ...................................................... 3

    Direct Examination by Ms. Viamontes  .................. 3


                        EXHIBITS

                            Marked for            Received
                            Identification        in Evidence

    Description                 Page    Line     Page    Line

Government Exhibits 8 and 9 ....................... 16       19

Government Exhibit 10 ............................ 48        6

Government Exhibit 11 ............................ 49       25

Government Exhibits 14 and 15 .................... 52        9

```
1                         * * * * *

2         THE COURT:  All right.  The Government may call your

3    next witness.

4         MS. VIAMONTES:  Thank you, your Honor.

5         At this time, United States of America calls C.J..

6         THE COURT:  Ms. C.J., if you would please step over

7    there.  When you get there remain standing and raise your right

8    hand.

9         C.J., GOVERNMENT'S WITNESS, SWORN.

10        THE COURT:  Would you please be seated.  Pull your

11   chair close to the microphone.

12        Please give us your name and spell your last name for

13   the record.

14        THE WITNESS:  C.J..

15        THE COURT:  Ms. Viamentes, you may inquire.

16        MS. VIAMONTES:  Thank you, your Honor.

17                      DIRECT EXAMINATION

18   BY MS. VIAMONTES:

19   Q.  How old are you, C.J.?

20   A.  21.

21   Q.  When did you turn 21?

22   A.  January 26, 1992.

23   Q.  Where are you from?

24   A.  Rutland, Vermont.

25   Q.  Did you grow up in Vermont?
```

1   A.   Yes.

2   Q.   Before April 2012, did you come to Florida before?

3   A.   Once on vacation.

4   Q.   Did you ever live in Florida?

5   A.   No.

6   Q.   Back in mid-2012, did you move to South Florida?

7   A.   Yes, I did.

8   Q.   And what was the purpose of you coming to South Florida?

9   A.   To go to a sober living house in Boca Raton.

10   Q.   Do you recall the name of the sober living house?

11   A.   The Bridge.

12   Q.   Why did you choose to go to the Bridge?

13   A.   I chose -- I was on line, and looking up places to go for

14   sober living and sober comfortable for me and I found the

15   Bridge on line.

16   Q.   Are recovery programs expensive?

17   A.   Yeah.

18   Q.   Who was helping you pay for the Bridge?

19   A.   My dad helped me.

20   Q.   Your dad helped you?

21   A.   Yeah.

22   Q.   Why did you feel you needed to go into a recovery program?

23   A.   I just wanted some more support in my life to help me get

24   on my feet.

25   Q.   Did you have a drug addiction problem?

1  A.  Yes, I did.

2  Q.  Prior to coming to Florida, which drugs were you addicted

3  to?

4  A.  I was addicted to heroin and coke.

5  Q.  And when you say coke, do you mean powder cocaine or crack

6  cocaine?

7  A.  Powder.

8  Q.  Before coming to Florida, had you ever done crack cocaine?

9  A.  A couple times, yes.

10  Q.  Where is the Bridge?

11  A.  The Bridge is in Boca Raton.

12  Q.  Prior to going to Boca Raton to participate in the Bridge's

13  program, were you familiar with South Florida?

14  A.  No.

15  Q.  Prior to coming to South Florida, had you ever used the

16  drug Dilaudid?

17  A.  No.

18  Q.  I am sorry?

19  A.  No.

20  Q.  You had not?

21  A.  No, I hadn't.

22  Q.  Please tell the members of the jury what Dilaudid is?

23  A.  Dilaudid is a pain pill, prescribed to people who had

24  surgery done.

25  Q.  And when did you first use Dilaudid?

1  A.   Um-m-m, here in Florida when I was in the Bridge.

2  Q.   How does Dilaudid make you feel?

3  A.   Um-m-m, it numbs your whole body, makes you feel nothing.

4  It clears your mind and relaxes you, relaxes all your muscles

5  so you can't feel anything.

6  Q.   Why did you leave the Bridge?

7  A.   I left because I was -- I had used and relapsed.

8  Q.   While you were at the Bridge, were you working?

9  A.   Yes, I was.

10 Q.   Where were you working?

11 A.   I was working at two restaurants in Delray.

12 Q.   What were you doing at the restaurants?

13 A.   Waitressing and hostessing.

14 Q.   And how long were you at the Bridge?

15 A.   I'm not sure on the exact time limit.

16 Q.   While you were at the Bridge, would you communicate with

17 your mom and dad by phone?

18 A.   Yeah, I would.

19 Q.   Tell us about how it came up or how you were expelled from

20 the Bridge?

21 A.   They do random drug screens and they came in to do drug

22 screens for everyone in the house and they asked me if I would

23 be able to do it and I told them that I couldn't, in that I

24 relapsed.

25 Q.   And what drug had you used while you were at the Bridge?

1  A.  Dilaudid.

2  Q.  Did there come a time that you met somebody that is now

3  known to you by the name of Mackenley Desir?

4  A.  Yes.

5  Q.  Please tell the members of the jury how you met Mackenley

6  Desir.

7  A.  I met him, I was at a hotel and I was looking for drugs and

8  I ran into somebody who had mentioned that their cousin could

9  get drugs for me just to wait.  So, I waited and he had pulled

10  up and I got into the car.

11  Q.  So you run into somebody, that first person you run into

12  that says he is going to introduce you to his cousin, do you

13  know his name?

14  A.  No.

15  Q.  Okay.  Do you ask that first person for drugs?

16  A.  Yes.

17  Q.  You said he pulled up in his car.  Who are you referring to

18  when you say he?  Who pulled up in his car?

19  A.  Zoe.

20  Q.  Did you know another name for Zoe?

21  A.  Yes.

22  Q.  What would you call him?

23  A.  Daddy.

24  Q.  C.J., do you see Zoe or Daddy here in the courtroom today?

25  A.  Yes.

```
 1  Q.  Could you please point him out and mention an article of
 2  clothing he is wearing?
 3  A.  He is wearing the black suit.
 4            MS. VIAMONTES:  Your Honor, for the record, the
 5  witness positively identified the Defendant Mackenley Desir.
 6            THE COURT:  The record will so reflect.
 7  BY MS. VIAMONTES:
 8  Q.  Now, C.J., once Daddy arrived in his car, what did you do?
 9  A.  I got into the car and waited for the drugs.  I asked him
10  if he was the one who had them.
11  Q.  Okay.  And was that out of the ordinary and is this
12  something that is normal to get into a car if you are looking
13  for drugs?
14  A.  Yes.
15  Q.  Tell us, before you get in the car and meet Mackenley
16  Desir, describe what you were doing and your demeanor --
17  A.  Would you repeat that?
18  Q.  It is a bit of a compound question.
19            Can you describe to the jury your state of mind before
20  you met Mackenley Desir?
21  A.  I was very emotional.  I had been using a lot of drugs and
22  I was coming down from the drugs and I was in a desperate
23  search to find more.
24  Q.  Was it visible that you were emotional and distraught?
25  A.  Yes.
```

1        MR. WILCOX:  Visible by who, judge?  Objection.  It

2  necessarily goes into the mind of whoever was observing her,

3  improper.

4        THE COURT:  Overruled.

5  BY MS. VIAMONTES:

6  Q.  Could anybody looking at you see that you were distraught?

7        THE COURT:  Sustained to that question, the other one

8  I didn't find objectionable.

9        She can't say as to how other people viewed her.

10  BY MS. VIAMONTES:

11  Q.  What visible signs were you showing about your emotional

12  state?

13  A.  I was crying.

14  Q.  What were you wearing?

15  A.  I was wearing, um-m-m, a large T-shirt and sandals.

16  Q.  By a large T-shirt, how far did that go down, that T-shirt?

17  A.  To my knees.

18  Q.  Like a cover --

19  A.  No, a guy's T-shirt.

20  Q.  So, you get into the car.  Where is the car located when

21  you get into the car?

22  A.  In the parking lot.

23  Q.  In the parking lot of what?

24  A.  Of the hotel we were -- I was at.

25  Q.  Do you recall the name of that hotel?

1   A.   I think it was the Homing Inn.

2   Q.   So you get into the car, what do you do?

3   A.   I get the drugs.

4   Q.   What drugs are you given?

5   A.   Cocaine, crack cocaine.

6   Q.   And are you given the drugs immediately when you get into

7   the car?

8   A.   Yes.

9   Q.   Why don't you just step out of the car and go back into the

10  Homing Inn?

11  A.   Because he told me to wait a minute and he started driving

12  around.

13  Q.   Where was he going?

14  A.   I figured he was going around the block to not have any

15  attention.

16  Q.   Is that out of the ordinary for a drug transaction, to go

17  around the block?

18  A.   No.

19  Q.   So you get into the car, he gives you the crack.  You drive

20  off.  What happens then, where do you go?

21  A.   We go to a neighborhood.  We stop in front of a house.

22  Q.   Do you know where you are at at this point?

23  A.   Not really.

24  Q.   Who else is in the car besides you and Daddy?

25  A.   There was another guy, I know him as Zoe, too, Zoe.

1  Q.   Once you get the crack cocaine, do you ingest it right

2  away?  Did you use it?

3  A.   I tried to.

4        I took one hit and the guy that was in the car told me

5  not to do that.

6  Q.   Okay.  Where were you when you took a hit from the crack

7  cocaine?

8  A.   I was sitting in the back seat.

9  Q.   And was Daddy in the car when that happened?

10  A.   No.

11  Q.   Where were you-- Where was the car?

12  A.   Parked outside the house.

13  Q.   So, when you get to the house, what does Daddy do?

14  A.   He gets out of the car and goes inside to the house where

15  we were parked in front of.

16  Q.   Do you stay alone in the car or does someone stay with you?

17  A.   The other guy in the passenger seat, he stayed in the car.

18  Q.   Did you pay for these drugs?

19  A.   No, not yet.

20  Q.   Was that abnormal to not pay for the drugs right away?

21  A.   I was thinking I was going to pay the guy that was at the

22  hotel.

23  Q.   C.J., tell us what belongings you had with you when you got

24  into Daddy's car?

25  A.   I had my purse with my phone and my wallet with my

1  identification and Social Security card.

2  Q.  You mentioned you had a cell phone, a cell phone, correct?

3  A.  Yes.

4  Q.  Do you recall the number for that cell phone?

5  A.  It was 802-353-1793.

6  Q.  And do you recall the service provider or the company you

7  had the phone with?

8  A.  It was AT&T.

9  Q.  Can you describe the car that Daddy was driving you in?

10 A.  It was a black car with tinted windows.

11 Q.  The AT&T cell phone that you mentioned, cell number 802

12 353-1793, where did you get that cell phone, C.J.?

13 A.  I got it in Vermont.

14 Q.  Who paid for that phone?

15 A.  My grandmother.

16 Q.  Do you know whose name it was under?

17 A.  I don't think that there is a name that has to be provided

18 with it because it is pay-as-you-go phone.

19 Q.  Okay.  How long are you outside that house while Mackenley

20 Desir or Daddy, as you knew him, went inside the house?  How

21 long were you waiting for him?

22 A.  I can't remember exactly the time.

23 Q.  Does he eventually come back?

24 A.  Yes, he does, after a little while.

25 Q.  When he comes back, does he take you back to where he got

1   you from, the Homing Inn in Boynton?

2   A.   No.

3   Q.   Where did you go?

4   A.   We start driving and I don't recognize any of the places

5   around me.

6   Q.   Does it seem like you are driving for awhile?

7   A.   Yeah.

8   Q.   Does it seem like you go pretty far?

9   A.   Yeah, it does.

10  Q.   Where did you end up?

11  A.   I ended up at a motel.

12  Q.   Do you recall the name of it?

13  A.   The Beach and Town.

14  Q.   The Beach and Town Motel?

15       Where is the Beach and Town Motel located, C.J?

16  A.   I don't know that.

17  Q.   Tell the members of the jury what happens when you arrive

18  at the Beach and Town Motel.

19  A.   When we pull up to the Beach and Town, I had my phone taken

20  away and he had put it up in the center console of the car and

21  him and his friend got out of the car and went into the hotel.

22  Q.   Do you know why Daddy took the cell phone away from you?

23  A.   No, I don't.  I don't.

24  Q.   Were you trying to use it?

25  A.   Yeah, I was.

1   Q.  When you arrived at the Beach and Town Motel, where did the

2   car pull up to?

3   A.  We pulled up to a parking lot, a small parking lot

4   inbetween the motel and it was kind of like an alley kind of

5   parking lot.

6   Q.  Let me ask you, C.J., as this car ride is going on and you

7   are driving for awhile, seems like a long distance, do you

8   inquire, do you ask, where are we going, what is going on?

9   A.  Yeah, I did ask several times.

10  Q.  And were your questions answered?

11  A.  No.

12  Q.  What did Daddy say in response to your question of where

13  are we going?

14  A.  He didn't respond to me.  He just turned the music up

15  louder.

16  Q.  Did you then begin to get concerned?

17  A.  Yes, I did.

18  Q.  When you arrived at the Beach and Town Motel, did you get

19  out of the car and accompany Daddy into the motel?

20  A.  No.

21  Q.  Why not?

22  A.  I don't know.

23  Q.  You stayed in the car?

24  A.  Yeah.

25  Q.  Were you asked to stay in the car?

```
 1   A.  I was asked to wait there.
 2   Q.  While you are waiting in the car, what were you doing?
 3   A.  I was just sitting there waiting.
 4   Q.  Did you try to reach out to anyone?
 5   A.  I made a couple text messages saying where I was didn't
 6   feel right, I didn't feel safe.
 7   Q.  And after you used your cell phone to make those text
 8   messages, did you see Daddy, also known as, Mackenley Desir
 9   appear again?
10   A.  Yes.
11   Q.  What did he say?
12   A.  He told me that it was a trick and that he was testing me.
13   Q.  Did he let you keep your phone?
14   A.  No.
15   Q.  What did he do?
16   A.  He took it and put it back in the center console.
17           MS. VIAMONTES:  Your Honor, may I approach?
18           THE COURT:  You may.
19   BY MS. VIAMONTES:
20   Q.  C.J., I am showing you what is pre-marked Government
21   Exhibit 8 and 9 for identification.
22           Let's take Exhibit 8 first.
23           What is it?
24   A.  It's a picture of the motel.
25   Q.  Is that a true and accurate depiction of the Beach and Town
```

1   Motel back in June 2012?

2   A.  Yes.

3   Q.  Now let me direct your attention to Government Exhibit 9

4   for identification.  Do you recognize that?

5   A.  Yes.

6   Q.  And what is it?

7   A.  The side parking.

8   Q.  And does that photograph truly and accurately depict the

9   side parking area of the Beach and Town Motel back in June

10  2012?

11  A.  Yes.

12          MS. VIAMONTES:  At this time, the Government moves

13  Government 8 and 9 into evidence.

14          THE COURT:  Any objection?

15          MR. ZACCA:  No objection.

16          MR. WILCOX:  No, your Honor.

17          THE COURT:  Government's 8 and 9 will be received.

18          (Government Exhibits 8 and 9 received in evidence.]

19          MS. VIAMONTES:  Permission to publish, your Honor.

20          THE COURT:  Granted.

21  BY MS. VIAMONTES:

22  Q.  C.J., is this the motel where you arrived back in June 2012

23  with Mackenley Desir?

24  A.  Yes, it is.

25  Q.  Now, C.J., tell the members of the jury --

```
 1            Did Mr. Desir or Daddy as you knew him return to the
 2   car and take you into the motel?
 3   A.   Yes.
 4   Q.   Do you know how long you were waiting for him to return?
 5   A.   I can't remember the time.
 6   Q.   When he took your phone away from you as you are waiting in
 7   that car for him to return, do you continue to get concerned?
 8   A.   Yes, I was very worried.
 9   Q.   C.J., why didn't you just open the door and leave at that
10   point?
11            Could you open the door to the car and leave?
12   A.   I could have, yes, but I was also -- I didn't know where I
13   was and I was hoping to get more drugs.
14   Q.   Did you expect stay at the Beach and Town for a long period
15   of time?
16   A.   No.
17   Q.   What did you think was going to happen?
18   A.   I wasn't sure.
19   Q.   Were you expecting to be returned to Boynton Beach?
20   A.   Yes, I was.
21   Q.   Once Mr. Desir, the Defendant, got out, came back into the
22   car and took you out of the car, where did you go?
23   A.   We went to one of the downstairs room.
24   Q.   Tell the jury what happened when you got in the room.
25   A.   He told me to get comfortable, take a shower, whatever I
```

1  needed to do.

2  Q.  Was he nice to you?

3  A.  Yes.

4  Q.  I am sorry, the microphone is having trouble --

5  A.  Yes.

6  Q.  Did you get any more drugs from Mr. Desir shortly after

7  arriving?

8  A.  Yes, I did.

9  Q.  What did he give you?

10  A.  More Dilaudid and crack.

11  Q.  Is Dilaudid addictive?

12  A.  Highly addictive.

13  Q.  How do you ingest or use Dilaudid?

14  A.  I would inject it.

15  Q.  And the jurors may not understand how a pill is injected,

16  can you tell us?

17  A.  You crush it up, break the pill down to a powder and put it

18  in a spoon and put the water in the spoon with the crushed up

19  pill and mix it together and then you put a piece of cotton in

20  with the liquid that is in the spoon and you pull it back into

21  the needle.

22  Q.  How did --

23         Strike that.

24         Did you and the Defendant Desir have a conversation

25  about what drugs you wanted?

1   A.   No, not exactly.

2   Q.   Okay.  Did he just offer Dilauded to you or did you ask

3   him?

4   A.   I can't remember.

5   Q.   Aside from Dilaudid, what other drugs did he give you

6   shortly after arriving at the motel?

7   A.   Crack.

8   Q.   So, would you take both drugs simultaneously?

9   A.   Yes, yes, I would.

10   Q.   And why would you take both drugs simultaneously?

11   A.   It's just more effective way to get high.

12   Q.   Did the Defendant Desir have to go out looking for these

13   drugs or did he have them at his disposal?

14   A.   He had them.

15   Q.   Now, at this point, in the room shortly after arriving, do

16   you have your cell phone with you?

17   A.   No, I don't have it.

18   Q.   Were you allowed to use your phone?

19   A.   No.

20   Q.   And shortly after you arrive, after using the drugs, do you

21   start having a conversation with Mr. Desir?

22   A.   Yes, I do.

23   Q.   What are you talking about?

24   A.   Just personal conversation about -- he was asking me

25   questions about my family and what I was doing in Florida and

1  just asking me questions like that.

2  Q.  So, Mr. Desir or Daddy, as you knew him, was asking you

3  questions about your personal life?

4  A.  Yeah.

5  Q.  Did you tell him you were from Vermont?

6  A.  Yes, I did.

7  Q.  What did he ask you about your family?

8  A.  I can't remember.

9  Q.  Okay.  Did you talk about why you came to South Florida?

10  A.  Yes, I did.

11  Q.  What did you tell him about your drug addiction?

12  A.  That I had gone to rehab and tried getting clean and

13  relapsed and I came to -- I told him why I came to Florida.

14  Q.  Did you confide in him anything about your living situation

15  back in Vermont and your parents?

16  A.  Yes.

17  Q.  What do you remember telling him?

18  A.  I told him that I wasn't able to live with my parents.

19  Q.  And in response to you telling him about your living

20  situation in Vermont and drug addiction problems, does he make

21  you any promises or does he tell you anything?

22  A.  Yes.  He tells me that he could help me get a place to

23  live.  I could get an apartment and a job and to have a car,

24  and finish school.

25  Q.  Does he tell you what kind of work he wants you to do for

1  him at this point?

2  A.  No.

3  Q.  What does he generally tell you about working for him?

4  A.  I thought it was like a secretary, answering phones.

5  Q.  Why did you believe that?

6  A.  I don't know.

7  Q.  What did he tell you about himself?

8  A.  Nothing.

9  Q.  Did he tell you whether he worked?

10  A.  No.  No.

11  Q.  Did he tell you whether owned any businesses?

12         MR. WILCOX:  Objection, judge, leading.

13         THE COURT:  Sustained.

14  BY MS. VIAMONTES:

15  Q.  Did he tell you if any others worked for him?

16  A.  Yes, he did.

17  Q.  What did he tell you about that?

18  A.  He told me that they had a lot of people working for him.

19  He had security.

20  Q.  He had security?

21  A.  Yeah.

22  Q.  Did he specify what type business or why people were

23  working for him?

24  A.  No, I was making assumptions.

25  Q.  But he did tell you people were working for him.

1    MR. ZACCA:  Objection, leading.

2    THE COURT:  Sustained.

3  BY MS. VIAMONTES:

4  Q.  How long were you in the downstairs apartment?

5  A.  I'm not sure on how long the time was.

6  Q.  Was it more than a day, more than a week, just give us a

7  ballpark.

8  A.  It was a few hours.

9  Q.  And after a few hours, where are you taken?

10  A.  I am brought upstairs.

11  Q.  What happens when you get upstairs?

12  A.  Um-m-m -- I'm sorry, I'm having a hard time now.

13  Q.  Let me ask you this:  When you are taken upstairs, were you

14  given a key to the room?

15  A.  No, I am not.

16  Q.  Are you given any more drugs?

17  A.  Yes.

18  Q.  What drugs?

19  A.  I was getting more crack and Dilaudid.

20  Q.  Give us an idea how much you were given, how much Dilaudid

21  you were given, how much crack?

22  A.  It was more than what I have been used to taking, what I

23  had been doing, and I can't really give an estimate how much.

24  Q.  You said it was more than you were used to?

25  A.  Yes.

1   Q.   What is the street value for one pill, Dilaudid?

2   A.   About 25 to $30.00.

3   Q.   Do you know how many you were given that first day?

4   A.   Not the exact number.

5   Q.   How long does that Dilaudid high last?

6   A.   About an hour.

7   Q.   Who was initiating you getting more drugs?  Was it you or

8   Mr. Desir?

9   A.   Both.

10   Q.   At this point, is he withholding any drugs from you?

11   A.   The drugs stopped, yeah, coming.

12   Q.   At this point?  At the very beginning?

13   A.   I can't remember.

14   Q.   Okay.  Aside from the Dilaudid, were you also taking crack

15   in this upstairs apartment?

16   A.   Yes.

17   Q.   How does the crack make you feel?

18   A.   Um-m-m, it physically numbs you and physically -- it

19   physically numbs you and just makes you not feel.

20   Q.   So you testified that you are given these drugs.

21        Is the Defendant still being nice to you at this

22   point?

23        MR. ZACCA:  I object to the leading nature of the

24   questioning.

25        I have been somewhat withholding on it, but they are

1  not open ended questions, judge.

2        THE COURT:  As to the question pending, overruled.

3  BY MS. VIAMONTES:

4  Q.  Is Defendant Desir, known as Daddy, is he still being nice

5  to you at this point?

6        MR. WILCOX:  At what point, judge?

7  BY MS. VIAMONTES:

8  Q.  In the upstairs apartment, a few hours after you arrived,

9  was he still being nice to you?

10 A.  Not exactly.

11 Q.  Okay.  Shortly after you arrive at the Beach and Town

12 Motel, after a few hours, do the things begin to change?

13 A.  Yes.

14 Q.  Tell the members of the jury about that.

15 A.  He was starting to tell me rules of how I should act.

16        I wasn't allowed to call anybody or talk to anybody.

17 I couldn't answer the door.  I couldn't leave the room.  To be

18 respectful.

19 Q.  To be respectful of whom?

20 A.  Of him.

21 Q.  Did he tell you what you had to call him?  What name you

22 had to call him?

23 A.  Yes.  He told me to call him Daddy.

24 Q.  Before he told you to call him Daddy, what name were you

25 referring to him by?

1   A.   Zoe.

2   Q.   Why?

3   A.   That is what I had heard.

4   Q.   You had heard other people call him Zoe?

5   A.   Yeah.

6   Q.   Did he tell you why you had to call him Daddy?

7   A.   Not exactly.  He said that is what the other girls call

8   him.

9   Q.   How did you feel about calling him Daddy?

10  A.   Very uncomfortable.

11  Q.   Why?

12  A.   Because it's weird.

13  Q.   Did you, in fact, call Mackenley Desir Daddy?

14  A.   Yes.

15  Q.   Why?

16  A.   Because that is what he asked me to do.

17  Q.   What would he do if you didn't call him Daddy?

18  A.   I don't remember.

19  Q.   What other rules did he tell you you had to now abide by,

20  C.J.?

21  A.   Um-m-m --

22  Q.   Let's go over them again.

23          Tell me some of the rules you remember, even if you

24  repeat ones you have already answered.

25          MR. ZACCA:  Judge, this is asked and answered.

1     THE COURT:  Sustained.

2  BY MS. VIAMONTES:

3  Q.  Other than not answering the door, not talking to anyone,

4  calling Mackenley Desir Daddy and being respectful, were there

5  any other rules that you recall?

6  A.  I can't remember.

7  Q.  C.J., was there a telephone, a land line, inside the motel

8  room?

9  A.  Yes, there was.

10  Q.  Could you use it?

11  A.  I tried to use it and they said you had to pay for it.

12  Q.  Could you make calls from the phone inside the motel room?

13  A.  No.

14  Q.  Does there come a time he introduces you to somebody who

15  became known to you as Fire?

16  A.  Yes.

17  Q.  Tell the members of the jury how that came about.

18  A.  Um-m-m, he had made a phone call and was talking on the

19  phone with somebody and told me her name was Fire and that she

20  was going to ask me a few personal questions just so she has

21  the information; and, so, I got on the phone with her and she

22  asked me for my name, my birthday, my Social Security number

23  and --

24  Q.  You said that Fire asked you for your name, your date of

25  birth and Social Security number?

1  A.  Yeah.

2  Q.  Did she tell you why she was asking you for these things?

3  A.  She said it was for -- so she would have all my information

4  in case something happened to me.

5  Q.  Other than your name, date of birth and Social Security

6  number, did she ask you any other questions about yourself?

7  A.  Not that I recall.

8  Q.  While you were in the upstairs motel room, do you recall

9  any other things that Daddy said to you about your appearance?

10  A.  Um-m-m, he told me that I was pretty.

11  Q.  Did he instruct you how to interact with clients?

12          MR. ZACCA:  Objection, leading, judge.

13          THE COURT:  Overruled.

14  BY MS. VIAMONTES:

15  Q.  Did he tell you how to interact with clients?

16  A.  Yes.

17  Q.  What do you recall him telling you about that?

18  A.  Um-m-m, he told me to wear a condom with all the clients.

19  Q.  I am talking about at the very beginning.

20          Do you remember at the beginning before even talking

21  to Fire, do you remember what he told you about clients?

22  A.  No, I can't remember.

23  Q.  Does Mackenley take any photographs of you?

24  A.  Ah, yeah, yes.

25  Q.  Tell the members of the jury about the photographs he asked

1  you to pose for.

2  A.  He took pictures of my tatoos and he took pictures of me in

3  shorts and a tank top and my face wasn't in it.

4  Q.  Did you have a conversation with Fire toward the beginning

5  of you being at Beach and Town about your appearance?

6  A.  Yes.

7  Q.  What do you recall about that conversation with Fire?

8  A.  I told her-- she asked me for my height and weight and my

9  heritage, my hair color.

10  Q.  Did she ask you for any pictures of yourself?

11  A.  She asked me if Daddy had taken any pictures.

12  Q.  When she asked you that, at that point, had he taken any

13  pictures of you yet?

14  A.  No.

15  Q.  What did Daddy tell you about Fire's role in his business?

16  A.  That she was answering phone calls --

17         MR. WILCOX:  Objection, your Honor, as to him as --

18         It is hearsay with respect to my client.

19         THE COURT:  She is subject to cross-examination by

20  you, so the objection is overruled.

21  BY MS. VIAMONTES:

22  Q.  What did Daddy tell you about Fire's role?

23  A.  That she was the secretary.  She answered phones for him

24  and took care of most of his personal stuff.

25  Q.  When he told you that Fire was like his secretary, what

1  started going through your mind?

2  A.  I was confused.

3  Q.  Why?

4  A.  Because I thought that is what I was going to be doing.

5  Q.  Why did you think you were going to be his secretary?

6  A.  Because he said there is a lot of phone answering.  It

7  happens he gets a lot of phone calls for a lot of different

8  things.

9  Q.  Do you know what those things were that you were going to

10  be answering the phone about at the beginning?

11  A.  No, I didn't.

12  Q.  What else -- aside from asking you about your biographical

13  data and what you looked like, what else did Fire ask you

14  during that first phone conversation, or what did she tell you?

15  A.  I can't remember.

16  Q.  Did she tell you what you would be doing?

17  A.  Yes.

18  Q.  What did she say?

19  A.  She told me that there is going to be dates and clients

20  that I would be working with and she would call Daddy's phone

21  when she had a phone call for me.

22  Q.  You mentioned that when you arrived at the Beach and Town

23  Motel all you had was a long T-shirt and stuff in your purse.

24  Were you provided with any clothes?

25  A.  Later on I was, but --

1  Q.  What kind of clothes?

2  A.  A pair of shorts and a tank top.

3  Q.  Did you have access to any other clothes other than a pair

4  of shorts and tank top?

5  A.  No, not yet.

6  Q.  How long were you without other clothes?

7  A.  Days.  It was a long time for me.

8  Q.  Were you allowed to go out and purchase clothes?

9  A.  No.

10  Q.  Eventually, were you provided with other clothes?

11  A.  Yes.

12  Q.  How were you provided with other clothes?

13  A.  Um-m-m, there were suitcases of other girls' clothing and

14  he told me to go through it and pick what fits me if I like it.

15  Q.  Who told you to go through it and pick what fit you?

16  A.  Daddy.

17  Q.  Do you know how long after you were at the Beach and Town

18  Motel with Daddy he told you to go through the suitcases and

19  find what fit you?

20  A.  I would say approximately like maybe a week or more.

21  Q.  Did he tell you who the suitcases belonged to?

22  A.  No, he didn't.

23  Q.  What did he tell you about the suitcases?

24  A.  He told me -- I had seen like a girl's driver's license in

25  one of the bags, and he told me -- I asked him about it, and he

```
 1  told me that they used to work for him.
 2  Q.  Were you given any instructions about money and what to do
 3  with the money?
 4  A.  I was to take the money and put it away somewhere where
 5  they wouldn't see.
 6  Q.  And who instructed you to put the money away so they
 7  wouldn't see it?
 8  A.  Daddy.
 9  Q.  Were you given a nickname by Daddy or by Fire?
10  A.  Yeah, they nicknamed me Angel.
11  Q.  Who gave you that name?
12  A.  Daddy told me about it but I think Fire was the one who
13  made it up.
14  Q.  Why do you think Fire made it up?
15          MR. WILCOX:  Objection, judge.
16          THE COURT:  Sustained.
17  BY MS. VIAMONTES:
18  Q.  Do you know why you were given the name Angel?
19  A.  I can't remember.
20  Q.  Did you ask Daddy, the girls that these suitcases belong
21  to, where are these girls?
22  A.  Yes.
23  Q.  And what did he tell you?
24  A.  That he fired them.  Their --
25  Q.  How did that make you feel?
```

1  A.  Uncomfortable.

2  Q.  Why?

3  A.  Because I didn't know exactly what that meant.  If there

4  was more behind it.

5  Q.  Did you ever meet any other girls that worked for Daddy?

6  A.  Yes, I did.

7  Q.  Tell us about that?

8  A.  I met, um-m-m, a few girls and either the first or second

9  night that I was there we went out, me and two of the other

10  girls.

11  Q.  Did you go out on your own?

12  A.  No.  He brought us to a restaurant.

13  Q.  And do you remember the other girls' names?

14  A.  I know one girl's name, her real name was Annie but her

15  nickname was Diamond.

16  Q.  Who else went to that restaurant you and Annie?

17  A.  There was another girl, she was blond.

18  Q.  And were either of the Defendants there?

19  A.  And Daddy.

20  Q.  Had you yet paid Daddy back for the drugs he had given you

21  when you arrived at the Beach and Town?

22  A.  No, I haven't.

23  Q.  Did he tell you anything about paying him back for the

24  drugs?

25  A.  He told me that I would pay him off by the -- by working

 1  with the clients.

 2  Q.  At some point, did it become clear to you what you would be

 3  doing with the clients?

 4  A.  Yes, it did.

 5  Q.  How?

 6  A.  Just by being around the other girls and just hanging

 7  around and seeing what was going on, just a lot of, like,

 8  talking on the phone and in and out, and talking to Fire about

 9  clients and dates.

10  Q.  And we refer to her as Fire, do you see Fire in the

11  courtroom today?

12  A.  Yes, I do.

13  Q.  Could you please point to her and mention an article of

14  clothing she is wearing?

15  A.  She is wearing a black top.

16        MS. VIAMONTES:  Your Honor, may the record reflect the

17  witness positively identified the Defendant, Genet Rembert?

18        THE COURT:  Yes, the record are so reflect.

19  BY MS. VIAMONTES:

20  Q.  C.J., prior to meeting Mr. Desir, had you engaged in

21  prostitution?

22  A.  Yes.

23  Q.  How many times?

24  A.  Twice.

25  Q.  When was that?

1  A.   A few days before I met Daddy.

2  Q.   And where was it?

3  A.   At the Homing Inn.

4  Q.   Were you forced to do it then?

5  A.   No, I wasn't forced.

6  Q.   Tell us about, did the Defendant ever get violent with you,

7  mackenley Desir?

8  A.   Yes, he did.

9  Q.   Tell us about the first time you recall him being violent

10  with you.

11  A.   Um-m-m, it was when we were staying in the upstairs room at

12  the Beach and Town and I had not followed the rules.

13  Q.   Which rule had you broken?

14  A.   I left the room and I got drugs from another person and I

15  spent the money that I had made.

16  Q.   Okay.  So, you said you got drugs from another person.  How

17  did you have money to buy those drugs?

18  A.   I was with a client.

19  Q.   How come you still had the money that the client had given

20  you?

21  A.   Daddy had left to go, I don't know what he was doing, but

22  he left for a minute and said he would be right back.

23  Q.   Did you wait for him to come back?  Did you wait for awhile

24  for him to come back?

25  A.   What do you mean?

1    Q.   Did it take a long time for him to come back?

2    A.   Yes.

3    Q.   As you are waiting, what do you do?

4    A.   I opened the door and it doesn't, like, close all the way.

5    I left it a little open and I went out and kind of sat on,

6    like, a bench or chair out front of my hotel room and I had

7    seen somebody next to me who, he was talking on the phone, I

8    heard him talking, and I wanted to do drugs and I knew that

9    Daddy wasn't going to be back for a little while, so I

10   confronted the man next to me.

11   Q.   Did you ask him for drugs?

12   A.   Yes, I did.

13   Q.   Did you get drugs from him?

14   A.   Yes.

15   Q.   After you got the drugs from this man, what did you do?

16   A.   I went back into my room and I did drugs.

17   Q.   Did Daddy come then?

18   A.   No.

19   Q.   Okay.  What did you do after you did the drugs in your

20   room?

21   A.   I went back and I got more.

22   Q.   What happened after you got the second round of drugs?

23   A.   When I was getting the second part of it, he had come back

24   and I was in the other person's room.

25   Q.   What happened when he came back?

1  A.  He started searching for me in the guy's room that I was in

2  before he went outside and sat down and he was trying to figure

3  out, you know, what was going on, and I was scared and I wasn't

4  sure what I was going to do.  I was trying to think of

5  something I could say so I wouldn't get in trouble.

6  Q.  How did Daddy react to you not being in the room that you

7  were supposed to be in?

8  A.  He was mad.

9  Q.  Tell the members of the jury what happened once he had

10  come.

11  A.  He had taken me down the stairs to the parking lot that we

12  pulled up into when I first got there.

13  Q.  And what happened in the parking lot?

14  A.  He was telling me that he was going to give me another

15  chance, that I broke all the rules, but he was going to be nice

16  and let me stay, and he had slapped me and told me not to

17  disrespect him.

18  Q.  C.J., the Beach and Town Motel, does it have a pool?

19  A.  Yes, it does.

20  Q.  Do you like to go swimming?

21  A.  Yes, I like to swim.

22  Q.  Were you allowed to go in the pool when you were with

23  Mr. Desir?

24  A.  There was one time he brought me down to the pool area and

25  let me swim for a little while.

1  Q.  Tell us about that.  How did you get to go in the pool?

2  A.  He brought me down to the pool area.

3  Q.  Did you ask him if you could go to the pool?

4  A.  Yes.

5  Q.  What were you wearing?

6  A.  I was wearing my shorts and tank top.

7  Q.  How long were you allowed to stay in the pool?

8  A.  I don't know.  He was down there with me.  He didn't say

9  how long I could.

10 Q.  How did you decide to go back upstairs from the pool?

11 A.  Um-m-m, he told me to go.

12 Q.  Was it your decision to get out of the pool and go back

13 upstairs?

14 A.  No.

15 Q.  Whose decision was it?

16 A.  His.

17 Q.  His meaning who?

18 A.  Daddy's.

19 Q.  Did you know whether Daddy had a gun at that time?

20 A.  I'm not sure --

21 Q.  Did you ever see him with a gun?

22 A.  Yes, I did.

23 Q.  When did you see him with a gun?  When was the first time

24 you saw him with a gun?

25 A.  Um-m-m, I was in the upstairs motel room and he would come

1  back and he would either put the gun underneath like a cushion

2  on one of the sofas or the chair, underneath the mattress.

3  Q.  Was that soon after you arrived at the Beach and Town or

4  toward the end of your stay?

5  A.  Fairly soon after I got there.

6  Q.  During the incident after you went and bought the drugs

7  from the other person when Daddy slapped you in the face, did

8  he tell you anything about having to slap you or slapping you?

9  A.  I can't remember.

10  Q.  You mentioned at the beginning that he was nice, did that

11  change?

12  A.  Yes.

13  Q.  How?

14  A.  Just the feeling that I was getting from him, the eyes, the

15  look in the eyes, it is not a friendly look.

16  Q.  Did he tell you things that made you feel bad?

17  A.  Yes, but I can't remember.  Um-m-m --

18         Can I have a break or something?

19         THE COURT:  Yes.

20         Folks, let's take a 10 minute break.  Do not discuss

21  the case and continue to keep an open mind.

22         (Thereupon, the jury leaves the courtroom.).

23         THE COURT:  All right.  We will reconvene at 4:30.

24         We will stand in recess.

25         (Thereupon, a short recess was taken.).

```
 1            THE COURT:  All right.  The record will reflect the
 2   defendants are present represented by counsel.
 3            Mr. Culuffo, would you please bring in the jury.
 4            (Thereupon, the jury returns to the courtroom.)
 5            THE COURT:  Folks, you may be seated.
 6            I believe one juror inquired are we recessing at 5?
 7   Yes, we will be recessing at 5.
 8            I won't keep you past 5 any day.
 9            I know one of our jurors has kids to pick up.
10            We will be out of here 5.
11            Ms. Johnson, let me remind you you are still under
12   oath.  We will continue with direct examination by
13   Ms. Viamontes.
14            MS. VIAMONTES:  Thank you, your Honor.
15   BY MS. VIAMONTES:
16   Q.  C.J., before the break you said you had seen Mr. Desir with
17   a gun.
18            What went through your mind?
19   A.  It made me feel afraid.
20   Q.  Were you ever asked to or told to carry the gun?
21   A.  Yes.
22   Q.  Tell us about that.
23   A.  There was a time that he said if there is an incident with
24   any of the clients and I had the gun to shoot, he said to
25   shoot.
```

1  Q.  Did you ever leave the hotel, the Beach and Town Motel,

2  when you were with Mackenley Desir?

3  A.  Yes, I did.

4  Q.  Would you leave on your own?

5  A.  No.

6  Q.  Who would you leave with?

7  A.  He would take me and bring me to the car and we would go.

8  Q.  What are some of your hobbies, C.J.?

9  A.  I journal a lot and I go running and I just enjoy peace and

10  quiet.

11  Q.  When you were at the Beach and Town Motel, did you know you

12  were near the ocean, near the beach?

13  A.  No, I didn't.

14  Q.  Were you able to go running when you were at the Beach and

15  Town Motel?

16  A.  No.

17  Q.  Why not?

18  A.  I wasn't allowed to leave the room or to go anywhere so I

19  couldn't go.

20  Q.  Did you ever ask if you could go running?

21  A.  No, I didn't.

22  Q.  Was there food to eat at the Beach and Town hotel in your

23  room?

24  A.  There wasn't any food.

25  Q.  Were you provided with food?

1   A.   He would bring back food sometimes.

2   Q.   Would you choose the type of food you wanted to eat?

3   A.   No.

4   Q.   Did there come a time you were given a phone to use while

5   you were with Mackenley Desir and Genet Rembert?

6   A.   Yes.

7   Q.   Who gave you the phone?

8   A.   Either -- I am not sure.

9   Q.   You said either, either who?

10  A.   Either Fire or Daddy gave it to me.

11  Q.   Why do you think it could have been Fire that gave you the

12  phone?

13  A.   Because she helped him a lot.

14  Q.   How?  How did she help him?

15  A.   She was doing, doing things that he asked.

16  Q.   Can you give us examples?

17  A.   Ah, I don't know, he would just ask her to do things

18  like -- I'm sorry, I can't remember.

19  Q.   Okay.  C.J., when you were given the phone, were you given

20  any instructions about the phone?

21  A.   I was told that I can't make any phone calls, personal

22  phone calls, only use it for answering Fire or if Daddy called.

23  Q.   Why didn't you call the phone to have some help?

24  A.   I couldn't take it any more.  I had a phone that could

25  actually make phone calls.

1  Q.  Did you have complete control of the phone at all times,

2  the phone you were given?

3  A.  Yes.  He would -- Daddy would take the phone sometimes and

4  switch the phones around.

5  Q.  Did there come a time when you were arrested for possession

6  of drugs when you were with Mackenley Desir?

7  A.  Yes.

8  Q.  I'm sorry?

9  A.  Yes.

10 Q.  Tell the members of the jury, that day, what happened that

11 day?

12 A.  Um-m-m, it was early any the morning and I had been doing a

13 lot of dates, seeing a lot of clients, and one of the clients

14 got angry because I had to cut his time short.

15 Q.  Why did you have to cut his time short?

16 A.  Because Fire was calling me telling me to hurry up because

17 there was another client coming.

18 Q.  Who was it setting up these dates for you?

19 A.  Fire was.

20 Q.  The client is there, he gets upset, and then what happens?

21 A.  He runs out of the room and he was just -- he was yelling

22 and screaming, and saying I paid money for this, I deserve what

23 I paid for.

24 Q.  Had he, in fact, given you money?

25 A.  Yes, he did.

1  Q.  Do you remember how much money he gave you?

2  A.  I don't.

3  Q.  What did he pay you money for?

4  A.  For sex.

5  Q.  Did you, in fact, have sex with that man?

6  A.  For a few minutes.

7  Q.  Once he left the room, what did you see?

8  A.  I saw -- I closed the door and then, when I opened it, he

9  was already out of the area of the motel getting into his truck

10  and I saw Daddy running after him.

11  Q.  What was Daddy doing after he was running after him?

12  A.  Um-m-m, I don't remember.

13  Q.  Did the police arrive?

14  A.  Yes, they did.

15  Q.  Did you call the police?

16  A.  I called the police, yeah.

17  Q.  Why did you call the police?

18  A.  Daddy told me to call the police and to tell them that this

19  guy tried to rape me and he wanted me to call to tell them that

20  because he didn't want the other guy to call the cops.

21  Q.  Do you know why the other guy would call the cops?

22  A.  Because he was angry that he was ripped off.

23  Q.  C.J., I don't know whether we touched upon this already, I

24  don't believe so.  Shortly after meeting Daddy, did you have

25  consensual sex with him?

```
 1  A.  Yes, I did.
 2  Q.  What did he tell you about that, or why did you have sex?
 3  A.  I don't know.  He told me not to say anything to the other
 4  girls or tell anybody.
 5  Q.  Why?  Did he tell you why?
 6  A.  Not that I remember.
 7  Q.  So, let me direct your attention now to June 16, 2012.
 8          Do you remember being arrested after the police
 9  responded when that upset customer left?
10  A.  Yes, I do.
11  Q.  Tell us why you were arrested?
12  A.  I was arrested because I had drug paraphernalia in my
13  makeup bag and they found drugs in the room.
14  Q.  Were all the drugs in the room yours?
15  A.  No.
16  Q.  I am sorry, your mike is not working.
17          Judge, may I approach?
18          THE COURT:  Yes.
19  BY MS. VIAMONTES:
20  Q.  C.J., were all of the drugs in the room yours?
21  A.  No, they weren't.
22  Q.  Did you give permission to search the motel room?
23  A.  No.
24  Q.  Who stayed -- did you stay in the motel room by yourself?
25  A.  Sometimes Daddy would stay with me.
```

1   Q.  So, were you then arrested?

2   A.  Yes, I was.

3   Q.  What happened after you were arrested?  Were you booked

4   into the jail?

5   A.  Yes.

6   Q.  Were you given a phone call?

7   A.  I was.

8   Q.  Who did you call?

9   A.  I called my dad.

10   Q.  And were you able to contact your dad?

11   A.  No.  His girlfriend had answered, and it was only a 30

12   second phone call because it was long distance.

13   Q.  What did you do after you tried calling your dad in the

14   morning and couldn't reach him?

15   A.  I called Daddy to see what was going on.

16   Q.  And did you have a conversation with Daddy when you were

17   arrested -- once you reached him from the jail?

18   A.  Yes.

19   Q.  What did he tell you?

20   A.  That he was going to bail me out.

21   Q.  And did he, in fact, bail you out?

22   A.  Yes, he did.

23   Q.  Once he bailed you out --

24        Strike that.

25        Who actually came to greet you once you were released

1  from the jail upon that first arrest?

2  A.  He came to pick me up.

3  Q.  Was he alone?

4  A.  Yes.

5  Q.  Okay.  Do you know how many days you were in jail before

6  Daddy bonded you out?

7  A.  Um-m-m, I was there for a while.  It was hard to tell how

8  long I was there.

9  Q.  Did you have a conversation with Daddy and Fire about the

10  phone calls you made from the jail?

11  A.  With Daddy, when he picked me up, he talked to me.

12  Q.  Tell the members of the jury about that.

13  A.  Do not call the cell phones they have with the jail phones

14  and that's all.  That is all I recall.

15  Q.  Did you tell him whether you tried to reach out to your

16  dad?

17  A.  No, I didn't.

18  Q.  After you were released and bonded out, did you go back to

19  the same motel room?

20  A.  I was brought to a different room, to a house right next to

21  them.

22  Q.  Was it in the same location where the motel was?

23  A.  Yeah.

24        MS. VIAMONTES:  May I approach, your Honor?

25        THE COURT:  Yes, ma'am.

1    BY MS. VIAMONTES:

2    Q.  C.J., I hand you Government Exhibit 10 through 17 for

3    identification.  Do you recognize those?

4            Government Exhibit 10 through 17, what are those?

5    A.  Um-m-m, pictures of the house that I was in.

6    Q.  Do those photographs accurately show the way that the house

7    looked back in June of 2012?

8    A.  Um-m-m, kind of.  There's -- in the first picture there --

9    Q.  What was the difference -- Government Exhibit 10, what do

10   you recall differently back in June 2012?

11   A.  There was a be aware of dog or no trespassing sign.

12   Q.  Aside from that, anything else different?

13   A.  No.  Just -- No, there was a deadbolt in the door.

14   Q.  Well, let's take them one at a time.

15           Government Exhibit 10, do you recognize that?

16   A.  Yes.

17   Q.  And what is it?

18   A.  It's the front of the house.

19   Q.  Does that photograph accurately show the way the front of

20   the house looked minus the be ware of dog sign and no trespass

21   sign back in 2012?

22   A.  Yes.

23           MS. VIAMONTES:  Your Honor, at this time the

24   Government moves Exhibit 10 into evidence.

25           THE COURT:  Any objection?

```
 1              MR. ZACCA:  No.

 2              MR. WILCOX:  No objection.

 3              MS. VIAMONTES:  Permission to publish, your Honor.

 4              THE COURT:  10 will be receive, and yes, you may

 5  publish.

 6              [Government Exhibit 10 received in evidence.]

 7  BY MS. VIAMONTES:

 8  Q.  C.J., do you see this door here in Government Exhibit 10?

 9  A.  Yes.

10  Q.  Is that the main door of the house?

11  A.  Um-m-m, that door was never used.

12  Q.  I'm sorry?

13  A.  That door was never used.

14  Q.  You would not go in that door?

15  A.  No.

16  Q.  Okay.  If you touch your screen, you could actually write

17  on the screen, can you point to where the efficiency was?

18  A.  Yes, there (indicating).

19  Q.  To the right side of the photograph?

20  A.  Yeah.

21  Q.  Can you describe that room for us?

22  A.  Um-m-m, yeah.  It was a -- there was a bed and a

23  refrigerator and a desk to the left of the room and there was a

24  TV and there was a bathroom, and the bathroom had a closet in

25  it with a shower.
```

1   Q.  You mentioned, C.J., a deadbolt lock.  Where was that

2   deadbolt lock?

3   A.  It was on the door that connected into the main part of the

4   house.

5   Q.  So, how many doors did the efficiency have?

6   A.  There were two doors.

7   Q.  Did one door lead to the exterior, like the parking lot

8   area?

9   A.  It led to like a fenced-in side of the house.

10  Q.  Okay.  Could you turn to Government's Exhibit 11.  Do you

11  have that in front of you?

12          What is that, Government Exhibit 11?

13  A.  I'm not -- um-m-m, I can see the door to the efficiency.

14  Q.  Does that area depict the rear towards the efficiency of

15  the fence area?

16  A.  Yes.

17  Q.  Does that depict the way the area looked in 2012?

18  A.  Yes.

19          MS. VIAMONTES:  Your Honor, at this time the

20  Government moves Government 11 into evidence.

21          THE COURT:  Any objection?

22          MR. ZACCA:  No objection.

23          MR. WILCOX:  No objection.

24          THE COURT:  11 will be received.

25          [Government Exhibit 11 received in evidence.]

```
 1  BY MS. VIAMONTES:
 2  Q.  C.J., could you point to the fenced-in area?
 3  A.  Right there (indicating).
 4  Q.  Are you pointing to here (indicating)?
 5  A.  Yeah.
 6  Q.  All right.  C.J., there is an exterior door to this
 7  efficiency, why don't you open that door, walk right out into
 8  the City of Hollywood and get help?
 9  A.  I was afraid to even go outside because he said he had
10  security people working for him.
11  Q.  Did you really believe that that was true, he had security
12  people working for him?
13  A.  Yes.
14  Q.  Why?
15  A.  Um-m-m, I mean, at times I would see people walking around
16  outside.  I didn't know if they were working with him or not.
17  Q.  Any of the people that you saw walking around outside, had
18  you seen them before?  Did you recognize them?
19  A.  No.
20  Q.  The first day that you met Mackenley Desir, did you meet
21  another person named Zoe, as well?
22  A.  Yes.
23  Q.  Did you ever see him again after that first day?
24  A.  Yeah, I saw him.
25  Q.  Where would you see him?
```

1  A.  He would walk back and forth.  I only saw him a couple

2  times, but he was there, sometimes he sat out on the steps in

3  front of the house on the side where the door was.

4  Q.  Right outside your door?

5  A.  Yeah.

6  Q.  The door that led into the house, were you able to open

7  that and go inside the house?

8  A.  No.

9  Q.  Why not?

10  A.  It would be locked.

11  Q.  C.J., let me direct your attention to Government Exhibit

12  14.

13      Do you recognize it?

14  A.  Yes.

15  Q.  What is it?

16  A.  It's the door that led into the house and to the

17  efficiency.

18  Q.  Back in June of 2012, was there anything different about

19  this door than what you see in this picture?

20  A.  Just that there was a deadbolt in it.

21  Q.  In this photograph, is the door knob removed?

22  A.  Yes.

23  Q.  Other than that, does the photograph accurately depict the

24  way the door looked in June 2012?

25  A.  Yes.

```
 1          MS. VIAMONTES:  Your Honor, the Government moves --
 2   BY MS. VIAMONTES:
 3   Q.  Also, as to Government 15, is that a close up of that door?
 4   A.  Yes.
 5          MS. VIAMONTES:  At this time, the Government moves 14
 6   and 15 into evidence.
 7          MR. ZACCA:  No objection.
 8          MR. WILCOX:  No objection, your Honor.
 9          THE COURT:  14 and 15 will be received.
10          [Government Exhibits 14 and 15 received in evidence.]
11          MS. VIAMONTES:  That's Government 14 and then
12   Government's 15.
13   BY MS. VIAMONTES:
14   Q.  Is this where the deadbolt was, C.J., (indicating)?
15   A.  Yes.
16   Q.  Were you allowed to freely walk into the house any time you
17   wanted?
18   A.  No.
19   Q.  Why not?
20   A.  Because it was locked and I was told not to go through that
21   door.
22   Q.  C.J., did there ever come a time that you told Mackenley
23   Desir I don't want to do this any more?
24   A.  Yes.
25   Q.  Tell the members of the jury about that.
```

1  A.  I was just getting really, really worn out and frustrated

2  and I mentioned to Daddy that I don't think that I want to do

3  this any more, were my exact words, and this was after I had

4  been arrested and he told me that I can't leave, that he

5  legally has a hold on me.

6  Q.  What else did he tell you about legally having a hold on

7  you?  Why did he have a legal hold on you?

8  A.  Because him and his bondsman bailed me out, and he made me

9  believe that -- well, he had said, um-m-m, that he can legally

10  come after me if I tried to run away.

11  Q.  Did he specify exactly how he could legally come after you

12  if you tried to leave?

13  A.  Yes, he said he could legally come and kill me.

14  Q.  Did he tell you how he could kill you?

15  A.  Not that I remember.

16  Q.  And, at that point, did you believe that to be true what he

17  was telling you, that he could legally kill you?

18  A.  Yes, I did.

19  Q.  Why?  What made that credible?

20  A.  Just the fear I had of him, everything I had seen and

21  heard.  I just was intimidated and scared.

22  Q.  What, specifically, tell us specifically what you saw and

23  made you scared and led you to believe that he would kill you

24  if you left?

25  A.  Um-m-m, I am -- I can't remember.

 1          THE COURT:  All right.  We are going to have to break

 2  for the evening.

 3          We will reconvene at 9:00 a.m. tomorrow morning.

 4          Tomorrow, though, we will be taking our lunch recess

 5  at 12 noon instead of 12:30.

 6          I have a Judges' committee meeting that I am on

 7  meeting at 12 noon, so we will break from 12 noon to 1:15

 8  tomorrow.

 9          Remember the Court's continuing admonition.  Don't

10  discuss the case or otherwise communicate with anyone regarding

11  the case.  Don't do any independent research, including the

12  internet or read any newspaper articles and by all means

13  continue to keep an open mind until the case is submitted to

14  you to begin your deliberations.

15          We will stand in recess until 9:00 a.m. tomorrow

16  morning.

17          (Thereupon, the jury leaves the courtroom.).

18          THE COURT:  All right.  Ms. C.M., you may step down.

19          Are there any matters that we need to address before

20  we leave?

21          MS. VIAMONTES:  Nothing from the Government, thank

22  you.

23          MR. ZACCA:  No, nothing from the defense, on behalf of

24  Mr. Desir.

25          THE COURT:  We will see everybody at 8:45 tomorrow

1    morning.

2         (Thereupon, a recess was taken 5:00 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**A**

abide 25:19
able 6:23 20:18 40:14 45:10 51:6
abnormal 11:20
access 30:3
accompany 14:19
accurate 15:25
accurately 16:8 47:6,19 51:23
act 24:15
addicted 5:2,4
addiction 4:25 20:11,20
addictive 18:11,12
address 54:19
admonition 54:9
afraid 39:19 50:9
Ah 27:24 41:17
alley 14:4
allowed 19:18 24:16 30:8 36:22
     37:7 40:18 52:16
America 1:4 3:5
Angel 31:10,18
angry 42:14 43:22
Annie 32:14,16
answer 24:17
answered 14:10 25:24,25 28:23
     45:11
answering 21:4 26:3 28:16 29:6,10
     41:22
anybody 9:6 24:16,16 44:4
apartment 20:23 22:4 23:15 24:8
appear 15:9
appearance 27:9 28:5
APPEARANCES 1:13
approach 15:17 44:17 46:24
approximately 30:20
April 4:2
area 16:9 36:24 37:2 43:9 49:8,14
     49:15,17 50:2
arrest 46:1
arrested 42:5 44:8,11,12 45:1,3,17
     53:4
arrive 13:17 19:20 24:11 43:13
arrived 8:14:1,18 16:22 24:8
     29:22 32:21 38:3
arriving 18:7 19:6,15
article 8:1 33:13
articles 54:12
aside 19:5 23:14 29:12 47:12
asked 6:22 8:9 14:25 15:1 25:16,25
     26:22,24 27:25 28:8,11,12 30:25
     39:20 41:15
asking 19:24 20:1,2 27:2 29:12
assumptions 21:24
attention 10:15 16:3 44:7 51:11
AT&T 12:8,11
aware 47:11
awhile 13:6 14:7 34:23
A.F.P.D 1:19
a.m 54:3,15
A.U.S.A 1:14,14

**B**

back 4:6 10:9 11:8 12:23,25,25
     15:16 16:1,9,22 17:21 18:20
     20:15 32:20,23 34:22,23,24 35:1
     35:9,16,21,23,25 37:10,12 38:1
     41:1 46:18 47:7,10,21 51:1,18
bad 38:16
bag 44:13
bags 30:25
bail 45:20,21
bailed 45:23 53:8
ballpark 22:7
bathroom 48:24,24
beach 13:13,14,15,18,19 14:1,18
     15:25 16:9 17:14,19 24:11 28:5
     29:22 30:17 32:21 34:12 36:18
     38:3 40:1,11,12,14,22
bed 48:22
beginning 23:12 27:19,20 28:4
     29:10 38:10
behalf 54:23
believe 21:5 39:6 43:24 50:11 53:9
     53:16,23
belong 31:20
belonged 30:21
belongings 11:23
bench 35:6
biographical 29:12

**birth** 26:25 27:5
birthday 26:22
bit 8:18
black 8:3 12:10 33:15
block 10:14,17
blond 32:17
Boca 4:9 5:11,12
body 6:3
bonded 46:6,18
bondsman 53:8
booked 45:3
bought 38:6
Boulevard 1:20,23
Boynton 13:1 17:19
break 18:17 38:18,20 39:16 54:1,7
Bridge 4:11,12,15,18 5:10,11 6:1,6
     6:8,14,16,20,25
Bridge's 5:12
bring 39:3 40:7 41:1
broke 36:15
broken 34:13
brought 22:10 32:12 36:24 37:2
     46:20
Broward 1:20,23
business 21:22 28:15
businesses 21:11
buy 34:17

**C**

call 3:2 7:22 24:16,21,22,23,24
     25:4,6,7,13,17 26:18 29:20,21
     41:23 43:15,17,18,19,20,21 45:6
     45:8,12 46:13
called 41:22 43:16 45:9,15
calling 25:9 26:4 42:16 45:13
calls 3:5 26:12 28:16 29:7 41:21,22
     41:25 46:10
can't 6:5 9:9 12:22 17:5 19:4 20:8
     22:23 23:13 26:6 27:22 29:15
     31:19 38:9,17 41:18,21 53:4,25
car 7:10,17,18 8:8,9,12,15 9:20,20
     9:21 10:2,7,9,19,24 11:4,9,11,14
     11:16,17,24 12:9,10 13:20,21
     14:2,6,19,23,25 15:2 17:2,7,11
     17:22,22 20:23 40:7
card 12:1
care 28:24
carry 39:20
case 1:3 27:4 38:21 54:10,11,13
cell 12:2,2,4,11,11,12 13:22 15:7
     19:16 46:13
center 13:20 15:16
chair 3:11 35:6 38:2
chance 36:15
change 24:12 38:11
choose 4:12 41:2
chose 4:13
City 50:8
clean 20:12
clear 33:2
clears 6:4
client 28:18 34:18,19 42:17,20
clients 27:11,15,18,21 29:19 33:1,3
     33:9 39:24 42:13,13
close 3:11 35:4 52:3
closed 43:8
closet 48:24
clothes 29:24 30:1,3,6,8,10,12
clothing 8:2 30:13 33:14
cocaine 5:5,6,8 10:5,5 11:1,7
COHN 1:11
coke 5:4,5
color 28:9
come 4:2 7:2 12:23 26:14 34:19,23
     34:24 35:1,17,23 36:10 37:25
     41:4 42:5 52:22 53:10,11,13
comes 12:25
comfortable 4:14 17:25
coming 4:8 5:2,8,15 8:22 23:11
     42:17
committee 54:6
communicate 6:16 54:10
company 12:6
complete 42:1
compound 8:18
concerned 14:16 17:7
condom 27:18
confide 20:14
confronted 35:10

**confused** 29:2
connected 49:3
consensual 43:25
console 13:20 15:16
contact 45:10
CONTENTS 2:1
continue 17:7 38:21 39:12 54:13
continuing 54:9
control 42:1
conversation 18:24 19:21,24 28:4
     28:7 29:14 45:16 46:9
cops 43:20,21
correct 12:2
cotton 18:19
couldn't 6:23 24:17,17 40:19 41:24
     45:14
counsel 39:2
couple 5:9 15:5 51:1
Court 1:1,22 3:2,6,10,15 8:6 9:4,7
     15:18 16:14,17,20 21:13 22:2
     24:6,21 27:13 28:19 31:16
     33:18 38:19,23 39:1,5 44:18
     46:25 47:25 48:4 49:21,24 52:9
     54:1,18,25
Courthouse 1:23
courtroom 7:24 33:11 38:22 39:4
     54:17
Court's 54:9
cousin 7:8,12
cover 9:18
crack 5:5,8 10:5,19 11:1,6 18:10
     19:7 22:19,21 23:14,17
credible 53:19
cross-examination 28:19
crush 18:17
crushed 18:18
crying 9:13
Culuffo 39:3
cushion 38:1
customer 44:9
cut 42:14,15
C.J 1:11 2:3 3:5,6,9,14,19 7:24 8:8
     11:23 12:12 13:15 14:6 15:20
     16:22,25 17:9 25:20 26:7 33:20
     36:18 39:16 40:8 41:19 43:23
     44:20 47:2 48:8 49:1 50:2,6
     51:11 52:14,22
C.M 54:18

**D**

dad 4:19,20 6:17 45:9,10,13 46:16
Daddy 7:23,24 8:8 10:24 11:9,13
     12:9,20 13:22 14:12,19 15:8 17:1
     20:2 24:4,23,24 25:6,9,13,17
     26:4 27:9 28:11,15,22 30:16,18
     31:8,9,12,20 32:5,19,20 34:1,21
     35:9,17 36:6 37:19 38:7 41:10,22
     42:3 43:10,11,18,24 44:25 45:15
     45:16 46:6,9,11 53:2
Daddy's 11:24 29:20 37:18
DARYL 1:19
data 29:13
date 26:24 27:5
dates 29:19 33:9 42:13,18
day 22:6 23:3 39:8 42:10,11 50:20
     50:23
days 30:7 34:1 46:5
deadbolt 47:13 49:1,2 51:20 52:14
decide 37:10
decision 37:12,15
Defendant 1:16,19 8:5 17:21 18:24
     19:12 23:21 24:4 33:17 34:6
defendants 1:8 32:18 39:2
defense 54:23
deliberations 54:14
Delray 6:11
demeanor 8:16
depict 16:8 49:14,17 51:23
depiction 15:25
DERIC 1:16
describe 8:16,19 12:9 48:21
Description 2:8
deserve 42:22
Desir 1:7,16 7:3,6 8:5,16,20 12:20
     15:8 16:23 17:1,21 18:6,24 19:12
     19:21 20:2 23:8 24:4 25:13 26:4
     33:20 34:7 36:23 39:16 40:2 41:5
     42:6 50:20 52:23 54:24
desk 48:23

**E**

E 1:23
early 42:12
East 1:20
eat 40:22 41:2
effective 19:11
efficiency 48:17 49:5,13,14 50:7
     51:17
either 32:8,18 38:1 41:8,9,9,10
emotional 8:21,24 9:11
ended 13:11 24:1
engaged 33:20
enjoy 40:9
ERGIO 1:17
ESQ 1:16,17
estimate 22:23
evening 54:2
eventually 12:23 30:10
everybody 54:25
evidence 2:7 16:13,18 47:24 48:6
     49:20,25 52:6,10
exact 6:15 23:4 53:3
exactly 12:22 19:1 24:10 25:7 32:3
     53:11
examination 2:4 3:17 39:12
examples 41:16
Exhibit 2:10,11 15:21,22 16:3 47:2
     47:4,9,15,24 48:6,8 49:10,12,25
     51:11
Exhibits 2:6,9,12 16:18 52:10
expect 17:14
expecting 17:19
expelled 6:19
expensive 4:16
exterior 49:7 50:6
eyes 38:14,15

**F**

face 28:3 38:7
fact 25:13 42:24 43:5 45:21

**desperate** 8:22
Diamond 32:15
didn't 9:8 14:14 15:5,6 17:9,12
     25:17 29:11 30:22 32:3 37:8
     40:13,21 41:23 43:20 46:17
     50:16
difference 47:9
different 29:7 46:20 47:12 51:18
differently 47:10
Dilauded 19:2
Dilaudid 5:16,22,23,25 6:2 7:1
     18:10,11,13 19:5,22 19,20 23:1,5
     23:14
direct 2:4 3:17 16:3 39:12 44:7
     51:11
discuss 38:20 54:10
disposal 39:12
disrespect 36:17
distance 14:7 45:12
distraught 8:24 9:6
DISTRICT 1:1,1,12
DIVISION 1:2
doesn't 35:4
dog 47:11,20
doing 6:12 8:16 15:2 19:25 22:23
     29:4,16 33:3 34:21 41:15,15
     42:12 43:11
don't 10:9 12:17 13:4,16,23,23
     14:22 19:17 21:6 25:18 34:21
     37:8 41:17 43:2,12,23,24 44:3
     50:7 52:23 53:2 54:9,11
door 17:9,11 24:17 26:3 35:4 43:8
     47:13 48:8,10,11,13,14 49:3,7,13
     50:6,7 51:3,4,6,16,19,21,24 52:3
     52:21
doors 49:5,6
downstairs 17:23 22:4
drive 10:19
driver's 30:24
driving 10:11 12:19 13:4,6 14:7
drug 4:25 5:16 6:21,21,25 10:16
     20:11,20 44:12
drugs 5:2 7:7,9,15 8:9,13,21,22
     10:3,4,6 11:18,20 17:13 18:6,25
     19:5,8,10,13,20 22:16,18 23:7,10
     23:11,20 32:20,24 34:14,16,17
     35:8,11,13,15,16,19,22 38:6 42:6
     44:13,14,20

Fairly 38:5
familiar 5:13
family 19:25 20:7
far 9:16 13:8
fear 53:20
Federal 1:23
feel 4:22 6:2,3,5 15:6,6 23:17,19
25:9 31:25 38:16 39:19
feeling 38:14
feet 4:24
fence 49:15
fenced-in 49:9 50:2
FERNANDEZ 1:17
figure 36:2
figured 10:14
find 8:23 9:8 30:19
finish 20:24
Fire 26:15,19,24 27:21 28:4,7,25
29:13 31:9,12,14 33:8,10,10
41:10,11,22 42:16,19 46:9
fired 31:24
Fire's 28:15,22
first 5:25 7:11,15 15:22 23:3 29:14
32:8 34:9 36:12 37:23 46:1 47:8
50:20,23
fit 30:15,19
fits 30:14
FI 1:15,18,21,24
Florida 1:1,6 4:2,4,6,8 5:2,8,13,15
6:1 19:25 20:9,13
Folks 38:20 39:5
followed 34:12
food 22:20,24,25 41:1,2
forced 34:4,5
forth 51:1
found 4:14 44:13
FRANCIS 1:14
freely 52:16
friend 13:21
friendly 38:15
front 10:21 11:15 35:6 47:18,19
49:11 51:3
frustrated 53:1
Ft 1:2,6,21,24

### G

generally 21:3
Genet 1:7 33:17 41:5
getting 20:12 22:19 23:7 35:23
38:14 43:9 53:1
girl 32:17
girlfriend 45:11
girls 25:7 30:13 31:20,21 32:5,8,10
32:13 33:6 44:4
girl's 30:24 32:14
give 3:12 18:9 19:5 22:6,20,23
36:14 41:16 44:22
given 10:4,6 22:14,16,20,21 23:3
23:20 31:2,9,18 32:20 34:19 41:4
41:19,19 42:2,24 45:6
gives 10:19
go 4:9,12,13,22 9:16 10:9,16,20,21
13:3,8 17:22 19:12 25:22 30:8,14
30:15,18 32:11 34:21 36:20,22
37:1,3,10,11,12 40:7,9,14,18,19
40:20 46:18 48:14 50:9 51:7
52:20
goes 9:2 11:14
going 5:12 7:12 10:13,14 11:21
14:6,8,8,13 17:17 26:20 29:1,4,5
29:9,19 33:7 35:9 36:3,4,14,15
45:15,20 54:1
Government 1:14 2:9,10,11,12 3:2
15:20 16:3,12,13,18 47:2,4,9,15
47:24 48:6,8 49:12,20,20,25
51:11 52:1,3,5,10,11 54:21
Government's 3:9 16:17 49:10
52:12
grandmother 12:15
Granted 16:20
greet 45:25
grow 3:25
gun 37:19,21,23,24 38:1 39:17,20
39:24
guy 10:25 11:4,17,21 43:19,20,21
guy's 9:19 36:1

### H

hadn't 5:21

hair 28:9
hand 3:8 47:2
hanging 33:6
happen 17:17
happened 11:9 17:24 27:4 35:22
35:25 36:9,13 42:10 45:3
happens 10:20 13:17 22:11 29:7
42:20
hard 22:12 46:7
haven't 32:22
heard 25:3,4 35:8 53:21
hearsay 28:18
height 28:8
help 4:23 20:22 41:14,23 50:8
helped 4:19,20 41:13
helping 4:18
heritage 28:9
heroin 5:4
high 19:11 23:5
Highly 18:12
hit 11:4,6
hobbies 40:8
hold 53:5,6,7
Hollywood 50:8
Homing 10:1,10 13:1 34:3
Honor 3:4,16 8:4 15:17 16:16,19
28:17 33:16 39:14 46:24 47:23
48:3 49:19 52:1,8
HONORABLE 1:11
hoping 17:13
hostessing 6:13
hotel 7:7 9:24,25 11:22 13:21 35:6
40:1,22
hour 23:6
hours 22:8,9 24:8,12
house 4:9,10 6:22 10:21 11:12,13
11:14 12:19,20 46:20 47:5,6,18
47:20 48:10 49:4,9 51:3,6,7,16
52:16
hurry 42:16

### I

idea 22:20
identification 2:7 12:1 15:21 16:4
47:3
identified 8:5 33:17
immediately 10:6
improper 9:3
inbetween 14:4
incident 38:8 39:23
including 54:11
independent 54:11
indicating 48:18 50:3,4 52:14
information 26:21 27:3
ingest 11:1 18:13
initiating 23:7
inject 18:14
injected 18:15
Inn 10:1,10 13:1 34:3
inquire 3:15 14:8
inquired 39:6
inside 11:14 12:20 26:7,12 51:7
instruct 27:11
instructed 31:6
instructions 31:21 41:20
interact 27:11,15
internet 54:12
intimidated 53:21
introduce 7:12
introduces 26:14
it's 15:24 19:11 25:12 47:18 51:16
I'm 6:15 22:5,12,12 37:20 41:18
42:8 48:12 49:13

### J

jail 45:4,17 46:1,5,10,13
JAMES 1:11
January 3:22
job 20:23
JOHANNES 1:14
Johnson 39:11
journal 40:9
judge 1:12 9:1 21:12 24:1,6 25:25
27:12 31:15 44:17
Judges 54:6
June 16:1,9,22 44:7 47:7,10 51:18
51:24
juror 39:6
jurors 18:15 39:9

jury 5:22 7:5 8:19 13:17 16:25
17:24 24:14 26:17 27:25 36:9
38:22 39:3,4 42:10 46:12 52:25
54:17

### K

keep 15:13 38:21 39:8 54:13
key 22:14
kids 39:9
kill 53:13,14,17,23
kind 14:4,4 20:25 30:1 35:5 47:8
knees 9:17
knew 12:20 17:1 20:2 35:8
knob 51:21
know 7:13,20 10:22,25 12:16 13:16
13:22 14:22 17:4,12 21:6 23:3
29:9 30:17 31:18 32:3,14 34:21
36:3 37:8,19 39:9 40:11 41:17
43:21,23 44:3 46:5 50:16
known 7:3 15:8 24:4 26:15

### L

land 26:7
large 9:15,16
Lauderdale 1:2,6,21,24
lead 49:7
leading 21:12 22:1 23:23 27:12
leave 6:6 17:9,11 24:17 40:1,4,6,18
53:4,12 54:20
leaves 38:22 54:17
led 49:9 51:6,16 53:23
left 6:7 34:14,21,22 35:5 43:7 44:9
48:23 53:24
legal 53:7
legally 53:5,6,9,11,13,17
let's 15:22 25:22 38:20 47:14
license 30:24
life 4:23 20:3
limit 6:15
line 2:8,8 4:13,15 26:7
liquid 18:10
little 12:24 35:5,9 36:25
live 4:4 20:18,23
living 4:9,10,14 20:14,19
located 9:20 13:15
location 46:22
lock 49:1,2
locked 51:10 52:20
long 6:14 12:19,21 14:7 17:4,14
22:4,5 23:5 29:23 30:6,7,17 35:1
37:7,9 45:12 46:8
look 38:15,15
looked 29:13 47:7,20 49:17 51:24
looking 4:13 7:7 8:12 9:6 19:12
lot 8:21 9:22,23 14:3,3,5 21:18 29:6
29:7,7 33:7 36:11,13 40:9 41:13
42:13,13 49:7
louder 14:15
lunch 54:4

### M

mackenley 1:7 7:3,5 8:5,15,20
12:19 15:8 16:23 25:13 26:4
27:23 34:7 40:2 41:5 42:6 50:20
52:22
mad 36:8
main 48:10 49:3
makeup 44:13
making 21:24
man 35:10,15 43:5
Marked 2:7
matters 54:19
mattress 38:2
ma'am 46:25
mean 5:5 34:25 50:15
meaning 37:17
means 54:12
meant 32:3
meet 8:15 32:5 50:20
meeting 33:20 43:24 54:6,7
24:14 26:17 27:25 36:9 42:10
46:12 52:25
mention 8:1 33:13
mentioned 7:8 12:2,11 29:22 38:10
49:1 53:2
messages 15:5,8
met 7:2,5,7 8:20 32:8 34:1 50:20

Miami 1:15
microphone 3:11 18:4
mid-2012 4:6
mike 44:16
mind 6:4 8:19 9:2 29:1 38:21 39:18
54:13
minus 47:20
minute 10:11 34:22 38:20
minutes 43:6
Miramar 1:17,18
mix 18:19
mom 6:17
money 31:2,3,4,6 34:15,17,19
42:22,24 43:1,3
morning 42:12 45:14 54:3,16 55:1
motel 13:11,14,15,18 14:1,4,18,19
15:24 16:1,9,22 17:2 19:6 24:12
26:7,12 27:8 29:23 30:18 36:18
37:25 40:1,11,15 43:9 44:22,24
46:19,22
move 4:6
moves 16:12 47:24 49:20 52:1,5
muscles 6:4
music 14:14

### N

name 3:12,12 4:10 7:3,13,20 9:25
12:16,17 13:12 24:4 25:7 26:19
26:22,24 27:5 31:11,18 32:14,14
named 50:21
names 32:13
nature 23:23
NE 1:15
near 40:12,12
necessarily 9:2
need 54:19
needed 4:22 18:1
needle 18:21
neighborhood 10:21
never 48:11,13
newspaper 54:12
nice 18:2 23:21 24:4,9 36:15 38:10
nickname 31:9 32:15
nicknamed 31:10
night 32:9
noon 54:5,7,7
normal 8:12
number 12:4,11 23:4 26:22,25 27:6
numbs 6:3 23:18,19

### O

oath 39:12
object 23:23
objection 9:1 16:14,15 21:12 22:1
27:12 28:17,20 31:15 47:25 48:2
49:21,22,23 52:7,8
objectionable 9:8
observing 9:2
ocean 40:12
offer 19:2
Official 1:22
Okay 7:15 8:11 11:6 12:19 19:2
20:9 23:14 24:11 34:16 35:19
41:19 46:5 48:16 49:10
old 3:19
once 4:3 8:8 11:1 17:21 36:9 43:7
45:17,23,25
ones 25:24
open 17:9,19 24:1 35:5 38:21 50:7
51:6 54:13
opened 35:4 43:8
ordinary 8:11 10:16
outside 11:12 12:19 36:2 50:9,16
50:17 51:4
overruled 9:4 24:2 27:13 28:20
owned 21:11

### P

Page 2:2,8,8
paid 12:14 32:20 42:22,23
pain 5:23
pair 30:2,3
paraphernalia 44:12
parents 20:15,18
parked 11:12,15
parking 9:22,23 14:3,3,5 16:7,9
36:11,13 49:7
Parkway 1:17

part 35:23 49:3
participate 5:12
passenger 11:17
PAULINE 1:22
pay 4:18 11:18,20,21 26:11 32:25
  43:3
paying 32:23
pay-as-you-go 12:18
peace 40:9
pending 24:2
people 5:23 9:9 21:18,22,25 25:4
  50:10,12,15,17
period 17:14
permission 16:19 44:22 48:3
person 7:11,15 34:14,16 38:7
  50:21
personal 19:24 20:3 26:20 28:24
  41:21
person's 35:24
phone 6:17 11:25 12:2,2,4,7,11,12
  12:14,18 13:19,22 15:7,13 17:6
  19:16,18 26:12,18,19,21 28:16
  29:6,7,10,14,20,21 33:8 35:7
  41:4,7,12,19,20,21,22,23,24,25
  42:1,2,3 45:6,12 46:10
phones 21:4 28:23 42:4 46:13,13
photograph 16:8 47:19 48:19
  51:21,23
photographs 27:23,25 47:6
physically 23:18,18,19
pick 50:14,15 39:9 46:2
picked 46:11
picture 15:24 47:8 51:19
pictures 28:2,2,10,11,13 47:5
piece 18:19
pill 5:23 18:15,17,19 23:1
place 20:22
places 4:13 13:4
Plaintiff 1:5
please 3:6,10,12 5:22 7:5 8:1 33:13
  39:3
point 8:1 10:22 17:10 19:15 21:1
  23:10,12,22 24:5,6 28:12 33:2,13
  48:17 50:2 53:16
pointing 50:4
police 43:13,15,16,17,18 44:8
pool 36:18,22,24 37:1,2,3,7,10,12
pose 28:1
positively 8:5 33:17
possession 42:5
powder 5:5,7 18:17
prescribed 5:23
present 39:2
pretty 13:8 27:10
pre-marked 15:20
prior 5:2,12,15 33:20
problem 4:25
problems 20:20
program 4:22 5:13
programs 4:16
promises 20:21
prostitution 33:21
provided 12:17 29:24 30:10,12
  40:25
provider 12:6
publish 16:19 48:3,5
pull 3:10 13:19 14:2 18:20
pulled 7:9,17,18 14:3 36:12
purchase 30:8
purpose 4:8
purse 11:25 29:23
put 13:20 15:16 18:17,18,19 31:4,6
  38:1
p.m 55:2

**Q**

question 8:18 9:7 14:12 24:2
questioning 23:24
questions 14:10 19:25 20:1,3 24:1
  26:20 27:6
quiet 40:10

**R**

raise 3:7
ran 7:8
random 6:21
rape 43:19
Raton 4:9 5:11,12
reach 15:4 45:14 46:15

reached 45:17
react 36:6
read 54:12
real 32:14
really 10:23 22:23 50:11 53:1,1
rear 49:14
recall 4:10 9:25 12:4,6 13:12 26:5
  27:7,8,17 28:7 34:9 46:14 47:10
receive 48:4
received 2:7 16:17,18 48:6 49:24
  49:25 52:9,10
recess 38:24,25 54:4,15 55:2
receiving 39:6,7
recognize 13:4 16:4 47:3,15 50:18
  51:13
reconvene 38:23 54:3
record 3:13 8:4,6 33:16,18 39:1
recovery 4:16,22
refer 33:10
referring 17:17 24:25
reflect 8:13 16:18 39:1
refrigerator 48:23
regarding 54:10
rehab 20:12
relapsed 6:7,24 20:13
relaxes 6:4,4
released 45:25 46:18
remain 3:7
Rembert 1:7,19 33:17 41:5
remember 12:22 17:5 19:4 20:8,17
  23:13 25:18,23 26:6 27:20,21,22
  29:15 31:19 32:13 38:9,17 41:18
  43:1,12 44:6,8 53:15,25 54:9
remind 39:11
removed 51:21
repeat 8:17 25:24
REPORTED 1:22
Reporter 1:22
represented 39:2
research 54:11
respect 28:18
respectful 24:18,19 26:4
respond 14:14
responded 44:9
response 14:12 20:19
restaurant 32:12,16
restaurants 6:11,12
return 17:1,4,7
returned 17:19
returns 39:4
ride 14:6
right 3:2,7 11:1,20 15:6 34:22
  38:23 39:1 46:20 48:19 50:3,6,7
  51:4 54:1,18
ripped 43:22
role 28:15,22
room 17:23,24 19:15 22:14 24:17
  26:8,12 27:8 34:11,14 35:6,16,20
  35:24 36:1,6 37:25 40:18,23
  42:21 43:7 44:13,14,20,22,24
  46:19,20 48:21,23
round 35:22
RPR-CM 1:22
rule 34:13
rules 24:15 25:19,23 26:5 34:12
  36:15
run 7:11,11 53:10
running 40:9,14,20 43:10,11
runs 42:21
Rutland 3:24

**S**

safe 15:6
sandals 9:15
sat 35:5 36:2 51:2
saw 37:24 43:8,10 50:17,24 51:1
  53:22
saying 15:5 42:22
says 7:12
scared 36:3 53:21,23
school 20:24
screaming 42:22
screen 48:16,17
screens 6:21,22
search 8:23 44:22
searching 36:1
seat 11:8,9
seated 3:10 39:5
second 32:8 35:22,23 45:12

secretary 21:4 28:23,25 29:5
security 12:1 21:19,20 26:22,25
  27:5 50:10,11
see 7:24 9:6 15:8 31:5,7 33:10
  37:21,23 43:7 45:15 48:8 49:13
  50:15,23,25 51:19 54:25
seeing 33:7 42:13
seen 30:24 35:7 39:16 50:18 53:20
service 12:6
setting 42:18
sex 43:4,5,25 44:2
shoot 39:24,25
short 38:25 42:14,15
shortly 18:6 19:6,15,20 24:11
  43:24
shorts 28:3 30:2,4 37:6
show 47:6,19
shower 17:25 48:25
showing 9:11 15:20
side 16:7,9 48:19 49:9 51:3
sign 47:11,20,21
signs 9:11
simultaneously 19:8,10
sitting 11:8 15:3
situation 20:14,20
slap 38:8
slapped 36:16 38:7
slapping 38:8
small 14:3
sober 4:9,10,14,14
Social 12:1 26:22,25 27:5
sofas 38:2
somebody 7:2,8,11 26:14,19 35:7
somewhat 23:25
soon 38:3,5
sorry 5:18 18:4 22:12 41:18 42:8
  44:16 48:12
South 4:6,8 5:13,15 20:9
SOUTHERN 1:1
specifically 53:22,22
specify 21:22 53:11
spell 3:12
spent 34:15
spoon 18:18,18,20
stairs 36:11
stand 38:24 54:15
standing 3:7
start 13:4 19:21
started 10:11 29:1 36:1
starting 24:15
state 8:19 19:2 21:9
States 1:1,4,12,22 3:5
stay 11:16,16 14:25 17:14 36:16
  37:7 38:4 44:24,25
staying 34:11
step 3:6 10:9 54:18
steps 51:2
STIPES 1:22
stop 10:21
stopped 23:11
street 1:15 23:1
Strike 18:23 45:24
stuff 28:24 29:23
subject 28:19
submitted 54:13
suit 8:3
suitcases 30:13,18,21,23 31:20
Suite 1:15,18,20
support 4:23
supposed 36:7
sure 6:15 17:18 22:5 36:4 37:20
  41:8
surgery 5:24
Sustained 9:7 21:13 22:2 26:1
  31:16
swim 36:21,25
swimming 36:20
switch 42:4
SWORN 3:9

**T**

TABLE 2:1
take 12:25 15:22 17:2,25 19:8,10
  27:23 31:4 35:1 38:20 40:7 41:24
  42:3 47:14
taken 13:19 22:9,13 28:11,12 36:11
  38:25 55:2
talk 20:9 24:16

talked 46:11
talking 19:23 26:3,18 27:19,20 33:8
  33:8 35:7,8
tank 28:3 30:2,4 37:6
tatoos 28:2
telephone 26:7
tell 5:22 6:19 7:5 8:15 11:23 13:17
  16:25 17:24 18:16 20:5,11,21,25
  21:3,7,9,11,15,17,25 24:14,15,21
  25:6,19,23 26:17 27:2,15,25
  28:15,22 29:14,16 30:21,23
  31:23 32:7,23 34:6,9 36:9 37:1
  38:8,16 39:22 42:10 43:18,19
  44:2,4,5,11 45:19 46:7,12,15
  52:25 53:6,14,22
telling 20:17,19 27:17 36:14 42:16
  53:17
tells 20:22
testified 23:20
TESTIMONY 1:11
testing 15:12
text 15:5,7
thank 3:4,16 39:14 54:21
that's 46:14 52:11
There's 47:8
things 24:12 27:2,9 29:8,9 38:16
  41:15,17
think 10:1 12:17 17:17 29:5 31:12
  31:14 36:4 41:11 53:2
thinking 11:21
thought 21:4 29:4
time 3:5 6:15 7:2 12:22 16:12 17:5
  17:15 22:5,12 26:14 30:7 34:9
  35:1 36:24 37:19,23 39:23 41:4
  42:5,14,15 47:14,23 49:19 52:5
  52:16,22
times 5:9 14:9 33:23 42:1 50:15
  51:2
tinted 12:10
today 7:24 33:11
told 6:23 10:11 11:4 15:12 17:25
  20:13,18 21:18 24:23,24 26:19
  27:10,18,21 28:8,25 29:19 30:14
  30:15,18,24,25 31:1,12 32:25
  36:16 37:11 39:20 41:21 43:18
  44:3 52:20,22 53:4
tomorrow 54:3,4,8,15,25
top 28:3 30:2,4 33:15 37:6
touch 48:16
touched 43:23
Town 13:13,14,15,18,19 14:1,18
  15:25 16:9 17:14 24:11 28:5
  29:22 30:17 32:21 34:12 36:18
  38:3 40:1,11,15,22
transaction 10:16
TRANSCRIPT 1:11
trespass 47:20
trespassing 47:11
trick 15:12
tried 11:3 20:12 26:11 43:19 45:13
  46:15 53:10,12
truck 18:4 36:5
truck 43:9
true 15:25 50:11 53:16
truly 16:8
try 15:4
trying 13:24 36:2,4
turn 3:21 49:10
turned 14:14
TV 48:24
Twice 33:24
two 6:11 32:9 49:6
type 21:22 41:2
T-shirt 9:15,16,16,19 29:23

**U**

um-m-m 6:1,3 9:15 22:12 23:18
  25:21 26:18 27:10,18 30:13 32:8
  34:11 37:11,25 38:17 42:12
  43:12 46:7 47:5,8 48:11,22 49:13
  50:15 53:9,25
uncomfortable 25:10 32:1
underneath 38:1,2
understand 18:15
United 1:1,4,12,22 3:5
upset 42:20 44:9
upstairs 22:10,11,13 23:15 24:8
  27:8 34:11 37:10,13,25
use 5:25 11:2 13:24 18:13 19:18

26:10,11 41:4,22

**V**

vacation 4:3
value 23:1
**VANESSA** 1:14
Vermont 3:24,25 12:13 20:5,15,20
Viamentes 3:15
Viamontes 1:14 2:4 3:4,16,18 8:4,7
  9:5,10 15:17,19 16:12,19,21
  21:14 22:3 24:3,7 26:2 27:14
  28:21 31:17 33:16,19 39:13,14
  39:15 44:19 46:24 47:1,23 48:3,7
  49:19 50:1 52:1,2,5,11,13 54:21
viewed 9:9
violent 34:6,9
visible 8:24 9:1,11
**VOLUME** 1:10
vs 1:6

**W**

wait 7:9 10:11 15:1 34:23,23
waited 7:9 8:9
waiting 12:21 15:2,3 17:4,6 35:3
**Waitressing** 6:13
walk 50:7 51:1 52:16
walking 50:15,17
wallet 11:25
want 43:20 52:23 53:2
wanted 4:23 18:25 35:8 41:2 43:19
  52:17
wants 20:25
ware 47:20
wasn't 17:18 20:18 24:16 28:3 34:5
  35:9 36:3 40:18,24
water 18:18
way 19:11 35:4 47:6,19 49:17 51:24
wear 27:18
wearing 8:2,3 9:14,15 33:14,15
  37:5,6
week 22:6 30:20
weight 28:8
weird 25:12
went 12:20 13:21 17:23 32:9,16
  35:5,16,21 36:2 38:6 39:18
weren't 44:21
**WILCOX** 1:19 9:1 16:16 21:12 24:6
  28:17 31:15 48:2 49:23 52:8
windows 12:10
withholding 23:10,25
witness 3:3,9,14 8:5 33:17
won't 39:8
words 53:3
work 20:25 31:1
worked 21:9,15 32:5
working 6:8,10,11 21:3,18,23,25
  29:20 32:25 44:16 50:10,12,16
worn 53:1
worried 17:8
wouldn't 31:5,7 36:5
write 48:16

**Y**

yeah 4:17,21 6:18 13:7,9,25 14:9
  14:24 20:4 21:21 23:11 25:5 27:1
  27:24 31:10 43:16 46:23 48:20
  48:22 50:5,24 51:5
yelling 42:21

**Z**

**ZACCA** 1:16 16:15 22:1 23:23
  25:25 27:12 48:1 49:22 52:7
  54:23
Zoe 7:19,20,24 10:25,25 25:1,4
  50:21

**$**

**$30.00** 23:2

**1**

1 1:10
1:15 54:7
10 2:10 38:20 47:2,4,9,15,24 48:4,6
  48:8
11 2:11 49:10,12,20,24,25
1100 1:20
12 54:5,7,7

**12-60312-CR-COHN** 1:3
12:30 54:5
12781 1:17
14 1:7 2:12 51:12 52:5,9,10,11
15 2:12 52:3,6,9,10,12
16 2:9 44:7
17 47:2,4
19 2:9
1992 3:22

**2**

2012 4:2 16:1,10,22 44:7 47:7,10
  47:21 49:17 51:18,24
2013 1:7
21 3:20,21
25 2:11 23:2
26 3:22
299 1:23

**3**

3 2:3,4
30 45:11
303 1:18
33027-2908 1:18
33132 1:15
33301 1:21,24
353-1793 12:12

**4**

4th 1:15
4:30 38:23
400 1:15
48 2:10
49 2:11

**5**

5 39:6,7,8,10
5:00 55:2
52 2:12

**6**

6 2:10

**8**

8 2:9 15:21,22 16:13,17,18
8:45 54:25
802 12:11
802-353-1793 12:5

**9**

9 2:9,12 15:21 16:3,13,17,18
9:00 54:3,15
954-769-5496 1:24
99 1:15