**Sentencing Exhibit 1**

I would like to thank everyone for listening to what I have to say.

My name is C. J. I am 21 years old, and I was a victim of sex trafficking when I was 20. I am no longer a victim. I am a survivor. I never thought that using drugs and moving down to Florida would become the nightmares that haunt my dreams today. I never thought that I would want my life to end so badly. Hours before I was released, I thought I was ready for my life to end. I couldn't believe the person they turned me into. I wanted to die. I have tried to make sense of the things I could have and should have done, but I can't. It's too late, the damage is already done. I wish this person who hurt me could see the pain and suffering he caused me, and who knows how many other girls. It still wouldn't change how strongly I believe he deserves to suffer. Just like I have to suffer, my family has to suffer. They took me and shut me in a room where I was isolated; they drugged me, sold my body and beat me. A year later and I'm still dealing with the suffering. I can still see the pain that is in my family's eyes. My family now has to look at me and see the torture I've been through. They have images of the people who have done this to me. My mother and father both had to go through this trial right next to me, and on top of that, they had to see these two people face to face. They will never look at me the same way. I will never see myself the same way. Everything I see and hear brings me back to that place of torment. His dark eyes that are filled with death and shadows follow me wherever I go…when I sleep. I have mental images of the beating, so vivid I relive them frequently. My nightmares replay the beating where Fire's hands are gripped so tight around my throat I can't breathe. I wake up in a panic full of anxiety. I was nothing more to them than a means to make money. I wasn't seen as a person, these people do not care about human life. I was treated like a caged animal. I was told what I can and cannot do. My belongings were taken from me, my dignity was taken from me, my freedom…gone, innocence… gone, trust…gone…my hope, gone. And I thought my life was gone. Taken by a man who has no good intentions on where he's taking my hopes and dreams, my life. He took all these things, he took a part of me and a part of my life, and it wasn't his to take. Not only did I have to suffer under his command and misery, but now I have consequences. I have a drug possession charge and a prostitution charge that shows up on my recorded when I'm trying to find a job. My two back teeth have to have root canals from being punched in my jaw and my insurance doesn't cover it, so I literally have to pay for the damage caused. No matter what I do, I will always be reminded of what happened to me. I now have the dilemma of when I fall in love, do I tell him? How do I tell him? My relationships towards people are ruined. I have to learn all over how to have relationships with people. All of this is burned into my soul. It is now a part of who I am. I cannot change what has already happened. But I will live with this for the rest of my life. Sometimes I wonder if Fire ever thinks about when she beat me. I looked her dead in the eyes while she was pressing her thumbs harder and harder on my throat, her eyes fixated on mine as they rolled into the back of my head losing consciousness. I wonder if Daddy ever thinks about trying to teach me how to prostitute and calling me names and slapping me for not knowing? Does he ever think about holding a gun to my head and seeing my eyes lose all hope for life? I will always have these questions and memories, but today I have hope. These people might have won when they captured me, but now I am the one on the top of the mountain looking down, and I will be finished after I read this, and they will be the ones thinking of me and suffering. I am a survivor. I am just one of these girls able to stand here today. It kills me knowing that the day I left there had been and was numerous other girls who don't have the chance to speak what needs to be told about these people. That's what gives me the strength to

today, for all the voices who can't. These people underestimated me. I'm sure they never thought that the weak, vulnerable, inexperienced girl from VT would be standing here on this side telling the story of what happened and them being convicted. I will do whatever it takes for these people to pay for the damage they have caused. I think I've already shown that by following through with this trial. I am not looking for revenge, just for justice to be served. These people who held me hostage, beat me, and used my body to make money deserve their maximum sentences with strict treatment, and no privileges because I believe <u>IF</u> given the choice to leave today, they would go right back to treating women like caged animals. They do not see women as humans or even pets. I was hunted and preyed upon like I was the lion's meals. It disgusts me to know I'm not the only girl they did this to.

Today, I am a stronger person and I thank every new day I wake up and am alive. I am sober, and plan to stay this way. I go to therapy and take medicine to help heal what has been broken. This has made me want to turn my positive outlook on things to something that means a lot more. I want to share my story to young girls and other women. To provide information to the young girls, to help prevent others from sex trafficking, and to help more women become comfortable to talk about their stories. I may have these memories, but I will no longer be a prisoner to them, and no more women can be prisoners either. They are the prisoners now…ironic!