UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60312-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MACKENLEY DESIR,

        Defendant.
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for Restitution

hearing **Monday, December 9, 2013 at 11:30 a.m.** before the Honorable James I. Cohn, United

States District Judge, United States Courthouse, 299 East Broward Boulevard, Courtroom 203E,

Fort Lauderdale, Florida.

HONORABLE JAMES I. COHN
UNITED STATES DISTRICT JUDGE

DATED:  November 4, 2013

        STEVEN M. LARIMORE
COURT ADMINISTRATOR • CLERK OF COURT

By: _____
      Valarie Thompkins
      Courtroom Deputy Clerk

cc:    Francis Viamontes, AUSA
       Deric Zacca, Esq.
       U.S. Marshals
       USPO