United States District Court
**SOUTHERN DISTRICT OF FLORIDA**

| United States v. Mackenley DESIR, and Genet REMBERT. | | SENTENCING EXHIBIT AND WITNESS LIST CASE NUMBER: 12-60312-CR-COHN(s)(s) | |
|---|---|---|---|

| PRESIDING JUDGE Honorable Judge James Cohn | ASSISTANT UNITED STATES Francis Viamontes | DEFENDANT'S Deric Zacca, Daryl Wilcox | |
|---|---|---|---|
| Sentencing DATE(S) Trial commencing 11/01/2013 | COURT REPORTER | COURTROOM DEPUTY | |
| USA. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |

| USA. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | 911 Call made on 11/11/2008 re S.D. |
| 2 | | | | | Sworn Statement of S.D. |
| 3 | | | | | Composite of Photos taken of S.D. |
| 4 | | | | | Composite of Photos taken of H.C. |
| | | | | | Witness – Susan Romash |