UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CRIMINAL MINUTES

HONORABLE JAMES I. COHN

==========================================================

CASE NO. 12-60312-CR          DATE 12-9-13

CLERK   Valerie Thompkins     REPORTER Pauline Stipes

USPO _____          INTERPRETER _____

UNITED STATES OF AMERICA
vs.

Defendant(s)                  Defense counsel:
1. MacKenley Desir            Deric Zacca
2.
3.
4.

AUSA Francis Viamontes

Defendant(s) Present ✓  Not Present ____ In Custody ____

TYPE OF HEARING  Restitution Hearing

RESULT OF HEARING  Restitution Hearing Held
Restitution in the Amount of $3,000

==========================================================
NEW DATES SET BY COURT

Defense P/T/Motions _____   Trial Date _____
Govt. Resp to P/T/Motions___  Further S/C _____
Change of Plea _____
[ ] The Court finds that the time between now and the time of
    trial, to wit: _____ thru' _____ to be excludable
    pursuant to the Speedy Trial Act.